UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GARY AURITT, | ) |
|        PLAINTIFF | ) |
| v. | )   CIVIL NO. 2:18-CV-471-DBH |
| SHANNON AURITT, | ) |
|        DEFENDANT | ) |

## SECOND ORDER TO SHOW CAUSE

On August 27, 2019, this Court entered an Order to Show Cause as to why service was not made on the counterclaim defendants that the defendant named in her Answer and Counterclaim against the original plaintiff. The Order stated that "the plaintiff shall show good cause" by September 10 why "service was not timely made, failing which the counterclaim shall be dismissed." There has been no response.

However, the individual defendant who made the counterclaim is proceeding without a lawyer. She may, therefore, not have realized that for purposes of the counterclaim against these new parties, she is considered a plaintiff and that the Order to Show Cause was directed against her. In an abundance of caution, I **ORDER** that Shannon Auritt **SHOW CAUSE** by September 30, 2019, why she has not served the new parties she has named, failing which her counterclaim against them shall be dismissed.

SO ORDERED.

DATED THIS 17TH DAY OF SEPTEMBER, 2019

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**