## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| GARY AURITT, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL NO. 2:18-CV-471-DBH |
| | ) |
| SHANNON AURITT, | ) |
| | ) |
| DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 23, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Amended Recommended Decision on Motions for Summary Judgment. The time within which to file objections expired on May 7, 2020, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for summary judgment as to the remaining counterclaim against him is **GRANTED**. The defendant's motion for summary judgment as to all four claims against her as well as her counterclaim against the plaintiff is **DENIED**.

**SO ORDERED.**

**DATED THIS 8TH DAY OF MAY, 2020**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**