**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **GARY AURITT,** | )<br>) |
|           **PLAINTIFF** | )<br>) |
| **v.** | )    **CIVIL NO. 2:18-CV-471-DBH**<br>) |
| **SHANNON AURITT,** | )<br>) |
|           **DEFENDANT** | )<br>) |

**ORDER ON PENDING MOTIONS**

No action is necessary on the defendant's "Motion to have this case heard any way possible." (ECF No. 157). The case is on a trailing June list. If courtroom space becomes available for 3 days in June (other cases are currently occupying the courtroom schedule), then it will be heard.

The defendant's Motion to Dismiss (ECF No. 168) is **DENIED**. The Magistrate Judge's Order of April 15, 2021 (ECF No. 175), appropriately addressed the compliance issues following the Final Pretrial Conference, and the matter will now proceed to trial before me when a courtroom is available.

**SO ORDERED.**

**DATED THIS 4TH DAY OF MAY, 2021**

                                                          /S/D. BROCK HORNBY
                                                          **D. BROCK HORNBY**
                                                          **UNITED STATES DISTRICT JUDGE**